# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Rocco James Fiaschetti**

    Plaintiff

vs.                                 CASE NUMBER: 6:21-cv-15 (DJS)

**Commissioner of Social Security**

    Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDERED, that Plaintiffs Motion for Judgment on the Pleadings is DENIED; and it is further ORDERED, that Defendants Motion for Judgment on the Pleadings is GRANTED; and it is further ORDERED, that Defendants decision denying Plaintiff disability benefits is AFFIRMED.

All of the above pursuant to the order of the Honorable  Daniel J. Stewart, dated the 19th day of May, 2022.

DATED: May 20, 2022

_____
Clerk of Court

                                                          s/Kathy Rogers
                                                          Deputy Clerk